No. 73–1094.  G. D. SEARLE & Co. v. STEELE.  C. A. 5th Cir.  Certiorari denied.

No. 73–1098.  DUBUIT v. HARWELL ENTERPRISES, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 73–1128.  DICKS, DBA OZARK GARDENS RESTAURANT, ET AL. v. NAFF, MAYOR OF EUREKA SPRINGS, ET AL. Sup. Ct. Ark.  Certiorari denied.

No. 73–1133.  JONES v. SMITH ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 73–1154.  WOLF v. WOLF.  Sup. Ct. Ohio.  Certiorari denied.

No. 73–5702.  WHITE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5721.  ANDERSON ET UX. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 73–5755.  SHARROW v. ABZUG ET AL.  C. A. 2d Cir. Certiorari denied.

No. 73–5759.  BOAG v. GUNN, WARDEN.  Sup. Ct. Cal. Certiorari denied.

No. 73–5774.  GATTON v. SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 73–5813.  MITCHELL v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.